Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

| Viking Drill & Tool, Inc. | |
|---|---|
| Plaintiff, | SUMMONS |
| v. | Court No. 21-00626 |
| UNITED STATES, Defendant. | |

TO:  The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Minneapolis/Saint Paul | Center (if known): | CEE005 Base Metals |
|---|---|---|---|
| Protest Number: | 350121102754 | Date Protest Filed: | 2/1/21 |
| Importer: | Viking Drill & Tool, Inc. | Date Protest Denied: | 6/25/21 |
| Category of Merchandise: | High speed steel drill bars | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| SCS6388585 | 9/12/19 | 08/07/20 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Daniel J. Curry, 30 Wall St., 8th Fl.
New York, NY 10005; Tel. 646-284-8975
dan@danieljcurry.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| High speed steel drill bars | 9903.88.15; 7228100030 | 15% | 7228100030 | 0.00% |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Rate of duty; Unlawful collection of duties - Section 301 Trade Act of 1974

The issue which was common to all such denied protests:
All denied protests involve unlawful collection of duties under Section 301 of the Trade Act of 1974.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_/s/_
*Signature of Plaintiff's Attorney*

December 17, 2021
*Date*

## SCHEDULE OF PROTESTS

CEE005 - Base Metals

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 350121102754 | 2/1/21 | 6/25/21 | SCS63885850 | 9/12/19 | 8/7/20 | 3501 |
| 350121102769 | 2/8/21 | 6/29/21 | SCS64651251 | 9/25/19 | 7/30/21 | 3501 |
| 350121102779 | 2/16/21 | 6/25/21 | SCS63881966 | 9/23/19 | 8/21/20 | 3501 |
| 350121102779 | 2/16/21 | 6/25/21 | SCS65649809 | 9/25/19 | 8/21/20 | 3501 |
| 350121102779 | 2/16/21 | 6/25/21 | SCS65651110 | 9/24/19 | 8/21/20 | 3501 |
| 350121102779 | 2/16/21 | 6/25/21 | SCS67806845 | 10/9/19 | 9/4/20 | 3501 |
| 350121102844 | 3/30/21 | 6/30/21 | SCS73051402 | 11/12/19 | 10/9/20 | 3501 |
| 300121103902 | 4/14/21 | 6/30/21 | SCS75656695 | 11/26/19 | 10/30/20 | 3501 |
| 300121103902 | 4/14/21 | 6/30/21 | SCS77046838 | 12/10/19 | 11/6/20 | 3501 |
| 350121102780 | 2/17/21 | 6/30/21 | SCS76062307 | 12/3/19 | 7/30/21 | 3501 |
| 300121103902 | 4/14/21 | 6/30/21 | SCS78063808 | 12/17/19 | 1/13/20 | 3501 |
| 350121102904 | 5/27/21 | 8/18/21 | SCS82758724 | 2/6/20 | 12/11/20 | 3501 |
| 350121102912 | 6/16/21 | 8/28/21 | SCS74332058 | 12/12/19 | 12/18/20 | 3501 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)